Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ramon Garza

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON GARZA, | ) Case No.: 1:15-cv-00584-EPG |
| Plaintiff, | ) STIPULATION FOR DISMISSAL; ORDER |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Ramon Garza ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: January 5, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY:_____
Young Cho
Attorney for plaintiff Ramon Garza

DATE: January 5, 2016          BENJAMIN B. WAGNER
United States Attorney


/s/ *Lynn M. Harada*
_____
Lynn M. Harada
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

## ORDER

Based on the above stipulation, the above captioned matter is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **January 6, 2016**                   /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE